1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

David E. Bower (SBN 119546)
FARUQI & FARUQI, LLP
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Tel: (424) 256-2884
Fax: (424) 256-2885
dbower@faruqilaw.com

Joseph T Lukens
Richard D. Schwartz
FARUQI & FARUQI, LLP
101 Greenwood Avenue Suite 600
Jenkintown, PA 19046
Tel: (215) 577-5770
Fax: (215) 577-5771
jlukens@faruqilaw.com
rschwartz@faruqilaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brent Maness, individually and on behalf of others similarly situated,<br><br>                          Plaintiff,<br><br>          v.<br><br>Expedia, Inc., et al.,<br><br>                          Defendants. | Civil Case 4:12-cv-05220-DMR<br><br>CLASS ACTION<br><br>**STIPULATION** |

WHEREAS, Plaintiffs filed the Complaint in this litigation on October 9, 2012;

WHEREAS, all of the Defendants have agreed to waive service of the Complaint;

WHEREAS, a number of substantially similar complaints have been filed nationwide;

WHEREAS, a Motion for Consolidation and Transfer under 28 U.S.C. § 1407 was filed

before the Judicial Panel on Multi-District Litigation ("JPML") to coordinate and/or consolidate

all of the actions in one court;

AMECURRENT 703612177.2 19-Oct-12 00:07

1   WHEREAS, the JPML has scheduled the MDL Motion for a hearing on November 29,

2   2012, and the parties expect that the JPML will issue a decision on the motion within a few

3   weeks after the hearing;[1]

4   WHEREAS, Plaintiffs and Defendants Expedia, Inc., Hotels.com LP, Travelocity.com

5   LP, Sabre Holdings Corporation, Priceline.com Incorporated, Booking.com (USA), Inc.,

6   Booking.com B.V., Orbitz Worldwide, Inc., Hilton Worldwide, Inc., Starwood Hotels & Resorts

7   Worldwide, Inc., Marriott International, Inc., Trump International Hotels Management, LLC,

8   Kimpton Hotel & Restaurant Group, LLC, and InterContinental Hotels Group Resources, Inc.

9   (collectively "Defendants") expect that all of the actions will be coordinated and/or consolidated

10  before one court;

11  WHEREAS, Plaintiffs and Defendants wish to preserve the parties' and the Court's

12  resources and efficiently manage the litigation so as not to cause prejudice;

13  NOW THEREFORE, the parties agree as follows:

14  1.   Defendants will not be required to answer or otherwise plead in response to the

15  Complaint during the pendency of the Motion for Consolidation and Transfer under 28 U.S.C. §

16  1407.  If this Court is the transferee court, Defendants' time to answer or otherwise plead will be

17  extended until 60 days after a consolidated amended complaint is filed, and Plaintiffs will file

18  their opposition to a motion to dismiss, if filed, within 60 days thereafter.  In the event that the

19  Motion for Consolidation and Transfer under 28 U.S.C. § 1407 is denied, the parties will confer

20  within seven (7) days of the JPML's order regarding the due date for responsive pleadings in this

21  action.  No discovery shall be served in the above-captioned matter while this stipulation is in

22  effect;

23

24  2.   In the event that Defendants voluntarily file or are ordered to file a responsive

25  pleading in any other related action prior to the JPML's decision, Defendants agree that this

26  stipulation will become void and in that event, all of the parties agree to negotiate in good faith

27  _____

28  [1] John G. Heyburn II, *A View from the Panel: Part of the Solution*, 82 Tul. L. Rev. 2225, 2242
n.88 (2007-08) (then-Chair of the JPML: "[u]sually within two weeks of oral argument, the
Chair has finalized and approved each written opinion pertaining to that session").

2

1    regarding a responsive pleading date.

2

3           3.      If this Court is the transferee court, Defendants agree that they will engage in a

4    conference pursuant to Fed. R. Civ. P. 26(f) with Plaintiffs within 14 days of appointment of lead

5    counsel for the Plaintiffs.  If the Motion for Consolidation and Transfer under 28 U.S.C. § 1407

6    is denied, Defendants agree that they will engage in a conference pursuant to Fed. R. Civ. P.

7    26(f) with Plaintiffs within 14 days of the denial of the motion.

8    DATED:  October 31, 2012

9

10   FOR PLAINTIFFS:                                    FOR DEFENDANTS:

11   By:/s/ *David E. Bower*                            By:     /s/ *Emily Johnson Henn*
         David E. Bower (SBN 119546)                        Emily Johnson Henn (SBN 269482)
12       FARUQI & FARUQI, LLP                               COVINGTON & BURLING LLP
         10866 Wilshire Boulevard, Suite 1470              333 Twin Dolphin Dr., Suite 700
13       Los Angeles, CA 90024                             Redwood Shores, CA  94065
         Tel: (424) 256-2884                               Telephone:  (650) 632-4700
14       Fax:424) 256-2885                                 Facsimile:  (650) 632-4800
         dbower@faruqilaw.com                              ehenn@cov.com
15
         Joseph T Lukens                                    Attorneys for Defendants
16       Richard D. Schwartz                                Expedia, Inc. and Hotels.com LP
         FARUQI & FARUQI, LLP
17       101 Greenwood Avenue Suite 600             By:     /s/ George S. Cary
         Jenkintown, PA 19046                               George S. Cary (SBN 73858)
18       Tel: (215) 577-5770                               Steven J. Kaiser
         Fax: (215) 577-5771                               CLEARY GOTTLIEB STEEN &
19       jlukens@faruqilaw.com                             HAMILTON LLP
         rschwartz@faruqilaw.com                           2000 Pennsylvania Avenue, NW
20                                                          Washington, D.C.  20006
     Attorneys for Plaintiffs                              New York, NY  10017
21                                                          Telephone:  (212) 974-1554
                                                            Facsimile:  (212) 974-1999
22                                                          gcary@cgsh.com
                                                            skaiser@cgsh.com
23
                                                            Attorneys for Defendants
24                                                          Travelocity.com LP and Sabre Holdings
                                                            Corporation
25

26

27

28

                                                  3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:     /s/ Kevin J. Arquit
         Kevin J. Arquit
         SIMPSON THACHER & BARTLETT
         LLP
         425 Lexington Avenue
         New York, NY  10017
         Telephone:  (212) 455-2000
         Facsimile:  (212) 455-2502
         karquit@stblaw.com

         Attorneys for Defendants
         Priceline.com Incorporated,
         Booking.com (USA), Inc., and
         Booking.com B.V.


By:      /s/ Christopher S. Yates
         Christopher S. Yates (SBN 161273)
         Daniel M. Wall
         Brendan A. McShane
         Jason L. Daniels
         LATHAM & WATKINS LLP
         505 Montgomery Street, Suite 2000
         San Francisco, CA  94111
         Telephone:  (415) 391-0600
         Facsimile:  (415) 395-8095
         chris.yates@lw.com
         dan.wall@lw.com
         brendan.mcshane@lw.com
         jason.daniels@lw.com

         Attorneys for Defendant
         Orbitz Worldwide, Inc.


By:      /s/ Steven A. Newborn
         Steven A. Newborn
         Carrie M. Anderson
         Daniel E. Antalics (SBN 276488)
         WEIL, GOTSHAL & MANGES LLP
         1300 Eye Street, N.W., Suite 900
         Washington, D.C. 20005
         Telephone:  (202) 682-7000
         Facsimile:  (202) 857-0940
         steven.newborn@weil.com

         Of Counsel:
         James C. Egan, Jr.

         Attorneys for Defendant
         Hilton Worldwide, Inc.

4

AMECURRENT 703612177.2 19-Oct-12 00:07

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:    /s/ Christopher J. Kelly
Christopher J. Kelly (SBN 276312)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2061
cjkelly@mayerbrown.com

Robert E. Bloch
Richard Ben-Veniste
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 263-3203
Facsimile:  (202) 263-5203
rbloch@mayerbrown.com
rben-veniste@mayerbrown.com

Attorneys for Defendant
Starwood Hotels & Resorts Worldwide,
Inc.

By:    /s/ Jeffrey Kilduff
Jeffrey Kilduff
Ian Simmons
Katrina M. Robson (SBN 229835)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C.  20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414
Jkilduff@omm.com
isimmons@omm.com
krobson@omm.com

Attorneys for Defendant
Marriott International, Inc.

By:    /s/ Francis J. Burke, Jr.
Francis J. Burke, Jr. (SBN 75970)
SEYFARTH SHAW LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone:  (310) 201-5214
Facsimile:  (310) 282-6993
fburke@seyfarth.com

Attorney for Defendant
Trump International Hotels
Management, LLC

5

AMECURRENT 703612177.2 19-Oct-12 00:07

1

By:     /s/ Marie L. Fiala
        Marie L. Fiala (SBN 79676)
2       Ryan M. Sandrock (SBN 251781)
        SIDLEY AUSTIN LLP
3       555 California Street
        San Francisco, CA  94104
4       Telephone:  (415) 772-1200
        Facsimile:  (415) 772-7400
5       mfiala@sidley.com
        rsandrock@sidley.com
6
        Attorneys for Defendant
7       Kimpton Hotel & Restaurant Group, LLC

8 By:     /s/ Timothy T. Scott
        Timothy T. Scott (SBN 126971)
9       Leo Spooner III (SBN 241541)
        KING & SPALDING LLP
10      333 Twin Dolphin Drive, Suite 400
        Redwood Shores, CA  94065
11      Telephone:  (650) 590-0700
        Facsimile:  (650) 590-1900
12      tscott@kslaw.com
        lspooner@kslaw.com
13
        Jeffrey S. Cashdan
14      Christine A. Hopkinson
        Sarah E. Statz
15      KING & SPALDING LLP
        1180 Peachtree Street, N.E.
16      Atlanta, GA  30309
        Telephone:  (404) 572-4600
17      Facsimile:  (404) 572-5100
        jcashdan@kslaw.com
18      chopkinson@kslaw.com
        sstatz@kslaw.com
19
        Attorneys for Defendant
20      InterContinental Hotels Group Resources, Inc.

21 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23

Dated:  Nov. 6, 2012

24      THE HONORABLE DONNA M. RYU
        United States Magistrate Judge

25

26

27

28

6

AMECURRENT 703612177.2 19-Oct-12 00:07

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on November 1, 2012, I electronically filed the foregoing document

3   using the CM/ECF system which will send notification of such filing to the e-mail addresses

4   registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby

5   certify that I have caused to be mailed a paper copy of the foregoing document via the United

6   States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List

7   generated by the CM/ECF system.  I also emailed this document to all parties who's emails are

8   indicated on this Stipulation, above.

9

10                                                   /s/ *David E Bower*
                                                       David E. Bower
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

AMECURRENT 703612177.2 19-Oct-12 00:07

# Mailing Information for a Case 4:12-cv-05220-DMR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David Eldridge Bower**
  dbower@faruqilaw.com,ecf@faruqilaw.com,mblackman@faruqilaw.com,ecfca@faruqilaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)