David E. Bower (SBN 119546)
FARUQI & FARUQI, LLP
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Tel: (424) 256-2884
Fax: (424) 256-2885
dbower@faruqilaw.com

Joseph T Lukens
Richard D. Schwartz
FARUQI & FARUQI, LLP
101 Greenwood Avenue Suite 600
Jenkintown, PA 19046
Tel: (215) 577-5770
Fax: (215) 577-5771
jlukens@faruqilaw.com
rschwartz@faruqilaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brent Maness, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Expedia, Inc., et al.,<br><br>　　　　　　　　　　Defendants. | Civil Case 4:12-cv-05220-DMR<br><br><u>CLASS ACTION</u><br><br>**STIPULATION** |

WHEREAS, Plaintiffs filed the Complaint in this litigation on October 9, 2012;

WHEREAS, all of the Defendants have agreed to waive service of the Complaint;

WHEREAS, a number of substantially similar complaints have been filed nationwide;

WHEREAS, a Motion for Consolidation and Transfer under 28 U.S.C. § 1407 was filed before the Judicial Panel on Multi-District Litigation ("JPML") to coordinate and/or consolidate all of the actions in one court;

AMECURRENT 703612177.2 19-Oct-12 00:07

WHEREAS, the JPML has scheduled the MDL Motion for a hearing on November 29, 2012, and the parties expect that the JPML will issue a decision on the motion within a few weeks after the hearing;[1]

WHEREAS, Plaintiffs and Defendants Expedia, Inc., Hotels.com LP, Travelocity.com LP, Sabre Holdings Corporation, Priceline.com Incorporated, Booking.com (USA), Inc., Booking.com B.V., Orbitz Worldwide, Inc., Hilton Worldwide, Inc., Starwood Hotels & Resorts Worldwide, Inc., Marriott International, Inc., Trump International Hotels Management, LLC, Kimpton Hotel & Restaurant Group, LLC, and InterContinental Hotels Group Resources, Inc. (collectively "Defendants") expect that all of the actions will be coordinated and/or consolidated before one court;

WHEREAS, Plaintiffs and Defendants wish to preserve the parties' and the Court's resources and efficiently manage the litigation so as not to cause prejudice;

NOW THEREFORE, the parties agree as follows:

1. Defendants will not be required to answer or otherwise plead in response to the Complaint during the pendency of the Motion for Consolidation and Transfer under 28 U.S.C. § 1407. If this Court is the transferee court, Defendants' time to answer or otherwise plead will be extended until 60 days after a consolidated amended complaint is filed, and Plaintiffs will file their opposition to a motion to dismiss, if filed, within 60 days thereafter. In the event that the Motion for Consolidation and Transfer under 28 U.S.C. § 1407 is denied, the parties will confer within seven (7) days of the JPML's order regarding the due date for responsive pleadings in this action. No discovery shall be served in the above-captioned matter while this stipulation is in effect;

2. In the event that Defendants voluntarily file or are ordered to file a responsive pleading in any other related action prior to the JPML's decision, Defendants agree that this stipulation will become void and in that event, all of the parties agree to negotiate in good faith

---

[1] John G. Heyburn II, *A View from the Panel: Part of the Solution*, 82 Tul. L. Rev. 2225, 2242 n.88 (2007-08) (then-Chair of the JPML: "[u]sually within two weeks of oral argument, the Chair has finalized and approved each written opinion pertaining to that session").

2

regarding a responsive pleading date.

3. If this Court is the transferee court, Defendants agree that they will engage in a conference pursuant to Fed. R. Civ. P. 26(f) with Plaintiffs within 14 days of appointment of lead counsel for the Plaintiffs. If the Motion for Consolidation and Transfer under 28 U.S.C. § 1407 is denied, Defendants agree that they will engage in a conference pursuant to Fed. R. Civ. P. 26(f) with Plaintiffs within 14 days of the denial of the motion.

DATED: October 31, 2012

FOR PLAINTIFFS:

By:/s/ *David E. Bower*
    David E. Bower (SBN 119546)
    FARUQI & FARUQI, LLP
    10866 Wilshire Boulevard, Suite 1470
    Los Angeles, CA 90024
    Tel: (424) 256-2884
    Fax:424) 256-2885
    dbower@faruqilaw.com

    Joseph T Lukens
    Richard D. Schwartz
    FARUQI & FARUQI, LLP
    101 Greenwood Avenue Suite 600
    Jenkintown, PA 19046
    Tel: (215) 577-5770
    Fax: (215) 577-5771
    jlukens@faruqilaw.com
    rschwartz@faruqilaw.com

Attorneys for Plaintiffs

FOR DEFENDANTS:

By:    /s/ *Emily Johnson Henn*
    Emily Johnson Henn (SBN 269482)
    COVINGTON & BURLING LLP
    333 Twin Dolphin Dr., Suite 700
    Redwood Shores, CA 94065
    Telephone: (650) 632-4700
    Facsimile: (650) 632-4800
    ehenn@cov.com

    Attorneys for Defendants
    Expedia, Inc. and Hotels.com LP

By:    /s/ George S. Cary
    George S. Cary (SBN 73858)
    Steven J. Kaiser
    CLEARY GOTTLIEB STEEN &
    HAMILTON LLP
    2000 Pennsylvania Avenue, NW
    Washington, D.C. 20006
    New York, NY 10017
    Telephone: (212) 974-1554
    Facsimile: (212) 974-1999
    gcary@cgsh.com
    skaiser@cgsh.com

    Attorneys for Defendants
    Travelocity.com LP and Sabre Holdings
    Corporation

3

AMECURRENT 703612177.2 19-Oct-12 00:07

| | |
|---|---|
| 1 | By:    /s/ Kevin J. Arquit |
| 2 | Kevin J. Arquit<br>SIMPSON THACHER & BARTLETT LLP |
| 3 | 425 Lexington Avenue<br>New York, NY  10017 |
| 4 | Telephone:  (212) 455-2000<br>Facsimile:  (212) 455-2502 |
| 5 | karquit@stblaw.com |
| 6 | Attorneys for Defendants<br>Priceline.com Incorporated, |
| 7 | Booking.com (USA), Inc., and<br>Booking.com B.V. |
| 8 | |
| 9 | By:    /s/ Christopher S. Yates<br>Christopher S. Yates (SBN 161273) |
| 10 | Daniel M. Wall<br>Brendan A. McShane |
| 11 | Jason L. Daniels<br>LATHAM & WATKINS LLP |
| 12 | 505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111 |
| 13 | Telephone:  (415) 391-0600<br>Facsimile:  (415) 395-8095 |
| 14 | chris.yates@lw.com<br>dan.wall@lw.com |
| 15 | brendan.mcshane@lw.com<br>jason.daniels@lw.com |
| 16 | |
| 17 | Attorneys for Defendant<br>Orbitz Worldwide, Inc. |
| 18 | By:    /s/ Steven A. Newborn |
| 19 | Steven A. Newborn<br>Carrie M. Anderson |
| 20 | Daniel E. Antalics (SBN 276488)<br>WEIL, GOTSHAL & MANGES LLP |
| 21 | 1300 Eye Street, N.W., Suite 900<br>Washington, D.C. 20005 |
| 22 | Telephone:  (202) 682-7000<br>Facsimile:  (202) 857-0940 |
| 23 | steven.newborn@weil.com |
| 24 | Of Counsel:<br>James C. Egan, Jr. |
| 25 | Attorneys for Defendant<br>Hilton Worldwide, Inc. |
| 26 | |
| 27 | |
| 28 | |

4

By:   /s/ Christopher J. Kelly
Christopher J. Kelly (SBN 276312)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2061
cjkelly@mayerbrown.com

Robert E. Bloch
Richard Ben-Veniste
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 263-3203
Facsimile:  (202) 263-5203
rbloch@mayerbrown.com
rben-veniste@mayerbrown.com

Attorneys for Defendant
Starwood Hotels & Resorts Worldwide, Inc.

By:   /s/ Jeffrey Kilduff
Jeffrey Kilduff
Ian Simmons
Katrina M. Robson (SBN 229835)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C.  20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414
Jkilduff@omm.com
isimmons@omm.com
krobson@omm.com

Attorneys for Defendant
Marriott International, Inc.

By:   /s/ Francis J. Burke, Jr.
Francis J. Burke, Jr. (SBN 75970)
SEYFARTH SHAW LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone:  (310) 201-5214
Facsimile:  (310) 282-6993
fburke@seyfarth.com

Attorney for Defendant
Trump International Hotels
Management, LLC

AMECURRENT 703612177.2 19-Oct-12 00:07

|   |   |
|---|---|
| 1 |  |
| 2 | By:    /s/ Marie L. Fiala<br>Marie L. Fiala (SBN 79676)<br>Ryan M. Sandrock (SBN 251781)<br>SIDLEY AUSTIN LLP<br>555 California Street<br>San Francisco, CA  94104<br>Telephone:  (415) 772-1200<br>Facsimile:  (415) 772-7400<br>mfiala@sidley.com<br>rsandrock@sidley.com |

By:    /s/ Marie L. Fiala
Marie L. Fiala (SBN 79676)
Ryan M. Sandrock (SBN 251781)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400
mfiala@sidley.com
rsandrock@sidley.com

Attorneys for Defendant
Kimpton Hotel & Restaurant Group, LLC

By:    /s/ Timothy T. Scott
Timothy T. Scott (SBN 126971)
Leo Spooner III (SBN 241541)
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA  94065
Telephone:  (650) 590-0700
Facsimile:  (650) 590-1900
tscott@kslaw.com
lspooner@kslaw.com

Jeffrey S. Cashdan
Christine A. Hopkinson
Sarah E. Statz
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100
jcashdan@kslaw.com
chopkinson@kslaw.com
sstatz@kslaw.com

Attorneys for Defendant
InterContinental Hotels Group Resources, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   Nov. 6, 2012

_____
THE HONORABLE DONNA M. RYU
United States Magistrate Judge

6

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 1, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.  I also emailed this document to all parties who's emails are indicated on this Stipulation, above.

                                                           /s/ *David E Bower*
                                                               David E. Bower

# Mailing Information for a Case 4:12-cv-05220-DMR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David Eldridge Bower**
  dbower@faruqilaw.com,ecf@faruqilaw.com,mblackman@faruqilaw.com,ecfca@faruqilaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)